**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-6164**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NIGEL NICHOLAS DOUGLAS, a/k/a Junior,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-93-131, CA-97-806-2)

—————

Submitted:  May 14, 1998                    Decided:  June 2, 1998

—————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Nigel Nicholas Douglas, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Arenda L. Wright Allen, Assistant United States Attorney, Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing only some of the claims alleged in his motion under 28 U.S.C. § 2255 (West 1994 & Supp. 1998). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability, deny the motions to appoint counsel and stay the appeal, and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2